IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSEPH REAVES,** | : | Civil No. 1:21-CV-0904 |
| **Plaintiff,** | : | |
| v. | : | |
| **SGT. O.E. ROWLES, JOHN DOE, TYREE C. BLOCKER, AND CAPTAIN ROBERT EVANCHICK,** | : | (Magistrate Judge Carlson) |
| **Defendants.** | : | |

## ORDER

AND NOW, this 19th day of November 2021, for the reasons outlined in the accompanying Memorandum Opinion, IT IS HEREBY ORDERED THAT the defendants' motion to dismiss (Doc. 17) is GRANTED, the plaintiff's complaint is dismissed, and the clerk is directed to close this file.

*S/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge